# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VICTOR GARCIA SANCHEZ, on Behalf of Himself and on Behalf of All Others Similarly Situated, and Victor Garcia Cabrera, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:17-CV-00469 JUDGE MAZZANT/JUDGE JOHNSON |
| v. | § § | |
| R&R MULTI-TRADE CONSTRUCTION SERVICES, LLC, JOSE ROBERTO GALVAN, and BRIAN REGAL, | § § § § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 26, 2017, the report of the Magistrate Judge (Dkt. #15) was entered containing proposed findings of fact and recommendations that Defendant R & R Multi-Trade Construction Services, LLC's Partial Motion to Dismiss (Dkt. #6) should be granted, and Plaintiff's Nevada state-law claims should be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

**IT IS THEREFORE ORDERED** that Defendant R & R Multi-Trade Construction Services, LLC's Partial Motion to Dismiss (Dkt. #6) is **GRANTED**, and Plaintiff's claims under Nevada state law are hereby dismissed.

**IT IS SO ORDERED**.

**SIGNED this 17th day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE