# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VICTOR GARCIA SANCHEZ and VICTOR GARCIA CABRERA, on Behalf of Themselves and on Behalf of All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>R&R MULTI-TRADE CONSTRUCTION SERVICES, LLC, JOSE ROBERTO GALVAN, and BRIAN REGAL<br><br>Defendants. | § § § § § § § § § § § § § | Case No. 4:17-CV-469-ALM-KPJ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 20, 2017, the report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion for Reconsideration (Dkt. #29), seeking reconsideration of the Court's Order dismissing their Nevada state law claims for failure to pay overtime, be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion to Reconsider (Dkt. #29) is **GRANTED**, the Magistrate Judge's Report and Recommendation entered on September 26, 2017 (Dkt. #15), is **WITHDRAWN,** and the Court's

Order dismissing Plaintiffs' Nevada state law claim (Dkt. #17) is **VACATED**.  Plaintiffs shall be permitted to pursue their Nevada state law claims in this action.

    **IT IS SO ORDERED**.

    **SIGNED this 8th day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE